# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERRY A. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 2:17-cv-02527-APG-PAL<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of the response to the order to show cause (ECF No. 8),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied, and I will not dismiss this action for lack of subject matter jurisdiction.

DATED THIS 12th day of October, 2017.

　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE