WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
CHRISTOPHER J. RICHARDSON, ESQ.
Nevada Bar No. 009166
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Telephone: 702-384-4012
Facsimile: 702-383-0701
wcannon@ocgas.com
crichardson@ocgas.com
Attorneys for Defendant
Lowe's Home Centers, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY A. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>Defendants. | CASE NO. 2:17-cv-02527-APG-PAL<br><br>**[Referred to JAMS Arbitration]**<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

Plaintiff PERRY A. GONZALEZ ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC ("Defendant"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendant LOWE'S HOME CENTERS, LLC, shall be

///

///

///

1

dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 17th day of August, 2018.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | KNEPPER & CLARK LLC |
|---|---|
| /s/ Christopher J. Richardson<br>WALTER R. CANNON, ESQ.<br>Nevada Bar No. 001505<br>CHRISTOPHER J. RICHARDSON, ESQ.<br>Nevada Bar No. 009166<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br>Attorneys for Defendant<br>Lowe's Home Centers, LLC | /s/ Matthew L. Knepper<br>MATTHEW L. KNEPPER, ESQ.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Ste. 170-109<br>Las Vegas, NV 89129<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated: August 17, 2018.

_____
HONORABLE U.S. DISTRICT COURT
JUDGE ANDREW P. GORDON

2